AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| TERESA SHIELDS-ROBERSON, )<br>      Plaintiff, )<br> )<br>v. )<br> )<br> )    **JUDGMENT IN A CIVIL CASE**<br>MICHAEL J. ASTRUE, )    **CASE NO. 7:11-CV-191-D**<br>*Commissioner of Social Security*, )<br>      Defendant. ) | |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 31-32]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 24] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 26] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 30, 2013,** WITH A COPY TO:

Jonathan Biser (via CM/ECF electronic notification)
Robert K. Crowe (via CM/ECF electronic notification)

| | |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| January 30, 2013 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |