IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-cv-191-D

Teresa Shields-Roberson                                    )
                                                           )
                        Plaintiff,                         )
                                                           )
        v.                                                 )
                                                           )        ORDER for Attorney's Fees
Carolyn W. Colvin,                                         )        Under Equal Access to Justice
                                                           )        Act, 42 U.S.C. §2412
Acting Commissioner of Social Security,                    )
                                                           )
                        Defendant.                         )
                                                           )
_____                        )

        It is hereby ordered that the Commissioner of Social Security pay to the Plaintiff's

Attorney the sum of $2957.50 in full satisfaction of all claims arising under EAJA, 28

U.S.C. § 2412(d).

        This, the __2__ day of __May__, 2013.

                                        _____
                                        JAMES C. DEVER, III
                                        CHIEF UNITED STATES DISTRICT JUDGE