IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-00191-D

TERESA SHIELDS-ROBERSON,      )
                              )
        Plaintiff,            )
                              )
    v.                        )        **ORDER**
                              )
NANCY A. BERRYHILL,           )
Acting Commissioner of Social Security,  )
                              )
        Defendant.            )

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $8,201.75. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b).

Defendant filed a response, stating that under Gisbrecht v. Barnhart, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ 8,201.75 , and refund to Plaintiff the smaller award between this amount and the EAJA award.

SO ORDERED . This 10 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge