UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

TERESA SHIELDS-ROBERSON,   )
                                           )
        Plaintiff,             )
                                         )    **JUDGMENT IN A CIVIL CASE**
   v.                              )
                                         )    **CASE NO. 7:11-CV-191-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,   )
        Defendant.     )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $8,201. 75, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on October 10, 2017, and Copies To:**
| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF electronic notification) |
| Leah F. Golshani | (via CM/ECF electronic notification) |
| Robert K. Crowe | (via CM/ECF electronic notification) |

DATE:                                   PETER A. MOORE, JR., CLERK
October 10, 2017                 (By) /s/ Nicole Briggeman
                                           Deputy Clerk